```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZENAIDO BASURTO GALINDO,
individually and on behalf of others similarly situated,

              Plaintiff,

-against-

AAIY INC. (D/B/A SOVA CATERERS), ITAI ZOLAY, and YEHOUDA BITAN,

              Defendants.

1:21-cv-00212-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiff's motion for a default judgment on November 10, 2021 at 9:30AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    It is ORDERED that Plaintiff must serve a copy of this order on Defendants along with another copy of Plaintiff's motion for a default judgment and all supporting papers. Proof of service must be filed on the ECF docket on or before November 3, 2021.

**SO ORDERED.**

Dated: October 7, 2021
       New York, New York

                                            HON. MARY KAY VYSKOCIL
                                            **United States District Judge**