```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZENAIDO BASURTO GALINDO,

                Plaintiff,

-against-

AAIY INC., ITAI ZOLAY, and YEHOUDA BITAN,

                Defendants.

1:21-cv-00212-(MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on January 11, 2021. [ECF No. 1]. Thereafter, Plaintiff sought leave [ECF No. 22] to file an amended complaint, which the Court granted and directed the Plaintiff to serve the amended complaint and file proof of service on the docket. [ECF No. 26]. Plaintiff filed the amended complaint on November 19, 2021. [ECF No. 27]. Affidavits of service of summons and complaint were filed on the docket on December 13, 16 and 22, 2021. [ECF Nos. 34-36]. According to those summonses, the latest date by which a Defendants' response to the complaint was due was January 7, 2022. [ECF No. 36]. No responses were filed by any Defendant by that date, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by February 3, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by February 3, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: January 20, 2022**
      **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**