UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZENAIDO (A.K.A. ISMAEL) BASURTO
GALINDO, *individually and on behalf of others similarly situated*,

                       *Plaintiff*,

-against-

AAIY INC. (D/B/A SOVA CATERING), ITAI AZULAY, and YEHOUDA AVITAN,

                       *Defendants*.
-----------------------------------------------------------X

Docket No.: 21-cv-00212 (MKV)

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

This action was commenced on January 11, 2021 (ECF Dkt. No. 1).

To date, Defendants AAIY Inc. (d/b/a Sova Catering), Itai Azulay, and Yehouda Avitan have failed to answer or respond to the Second Amended Complaint, or otherwise appear in this action. The Clerk of this Court certified the defaults of AAIY Inc. (d/b/a Sova Catering), Itai Azulay, and Yehouda Avitan on March 21, 2022 (ECF Dkt. Nos. 70 through 72). The time for Defendants to answer or respond to the Second Amended Complaint has now expired.

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiff have judgment joint and severally against AAIY Inc. (d/b/a Sova Catering), Itai Azulay, and Yehouda Avitan in the amount of $574,432.30, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $217,647.75; (B) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $217,647.75; (C) unpaid spread of hours pay in the amount of $20,857.50; (D) liquidated damages for unpaid spread of hours pay in the amount of $20,857.50; (E) statutory damages for violations

of New York Labor Law § 195(1) in the amount of $5,000.00; (F) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00; (G) pre-judgment interest on unpaid minimum wages and overtime compensation calculated at the rate of 9% per annum to the date of judgment, totaling $79,969.73 as of March 30, 2022; and (H) pre-judgment interest on unpaid spread of hours pay calculated at the rate of 9% per annum to the date of judgment, totaling $7,452.07 as of March 30, 2022.

That Plaintiff is awarded attorney's fees in the amount of $6,845.00, and costs in the amount of $643.00.

That Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:       New York, New York
             _____, 2022

                                    _____
                                    HON. MARY KAY VYSKOCIL
                                    UNITED STATES DISTRICT JUDGE

                                    This document was entered on the docket on

                                    _____.