**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**ZENAIDO BASURTO GALINDO**, et al.,

                               **Plaintiffs,**

            **-against-**

**AAIY INC.**, et al.,

                             **Defendants.**

---------------------------------------------------------------X

**21-CV-00212 (MKV)(SN)**

**SETTLEMENT CONFERENCE
ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Wednesday, September 21, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, September 14, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 7, 2022
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 7/7/2022