UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZENAIDO BASURTO GALINDO,

                      Plaintiff,

      -against-

AAIY INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

21-CV-00212 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On September 21, 2022, the parties appeared before me and reached an agreement on their settlement of this Fair Labor Standards Act case. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by November 25, 2022. Any pending motions are terminated as moot.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              October 26, 2022